UNITED STATS DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal Number:** |
| | : | |
| | : | **VIOLATION: 29 U.S.C. §501(c)** |
| **v.** | : | **(Embezzlement of Union Funds)** |
| | : | |
| **ZONA ALBRITTON,** | : | |
| | : | |
| **Defendant.** | : | |

INFORMATION

The United States Attorney informs the Court that:

Count One

On or about between December 2003, and April 2004, in the District of Columbia, the defendant Zona Albritton, while Manager of General Services, a person employed, directly and indirectly, by the American Federation of State, County and Municipal Employees, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to her own use the moneys, funds, securities, property, and other assets of said labor organization in the approximate amount of $75,446.00.

**(Embezzlement of Union Funds, in violation of Title 29, United States Code, Section 501(c))**

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. Bar No. 498610

By: _____/s/_____
Ronald W. Sharpe
Assistant United States Attorney
D.C. Bar No. 434575
Fraud and Public Corruption Section
555 4th St., N.W., Room 5828
Washington, D.C. 20530
(202) 353-9460