UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

APR - 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Criminal Case No. 08-64 |
| | ) | |
| **ZONA ALBRITTON** | ) | |

## WAIVER OF INDICTMENT

I,     Zona Albritton   , the above-name defendant,  who is accused of


29:501(c) ,; Embezzlement of Union Funds


being advised of the nature of the charge(s), the proposed information, and of my rights,

hereby waive in open court on ___4/4/2008___ prosecution by indictment

and consent that the proceeding may be by information rather than by indictment.


_____
Defendant

_____
Counsel for Defendant

Before_____
Judge Royce C. Lamberth