U.S. Department of Justice
U.S. Attorneys

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA    :

V.    :

ZONA ALBRITTON,    :

Defendant.    :

Case No. 08-0064 (RCL)

**FILED**

APR - 4 2008

Clerk, U.S. District and Bankruptcy Courts

## ORDER

1. Upon a representation by the United States that the defendant has never been subject of "routine processing" (booking, fingerprinting, photographing) in this case:

2. It is the __4TH__ day of __APRIL 2008__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on __to be determined__ by __Department of Labor Investigator Kenric Michel__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to __the First District Police Station / MPD__ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshall shall release the defendant to the custody of __Investigator Michel__ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

---
XXXXXXXXXXXX ROYCE C. LAMBERTH
Judge (U.S. Magistrate)

DOJ USA-16-80

COURT