UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| | *  **Crim. No.: 08 – 64 (RCL)** |
| v. | * |
| | * |
| | * |
| ZONA ALBRITTON | * |
| | * |
| **Defendant.** | * |
| | * |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### MOTION TO CONTINUE SCHEDULED SENTENCING DATE

COMES NOW, Defendant Zona Albritton, by and through undersigned counsel, respectfully moves this Honorable Court to continue the scheduled sentencing hearing date. In support of this motion, counsel states the following:

1. Ms. Albritton is scheduled to come before this Honorable Court for a sentencing hearing on June 18, 2008.

2. Counsel will need additional time to collect materials and information outside of the jurisdiction relating to Ms. Albritton's sentencing. These materials are necessary to assist counsel in his preparation for the sentencing hearing.

3. Counsel will need approximately one week to gather these materials.

4. Counsel has been unable to contact AUSA Ronald Sharpe.

WHEREFORE for the foregoing reasons, Ms. Albritton respectfully requests that her Motion to Continue the Scheduled Sentencing Date be granted.

2

                          Respectfully Submitted,

                          _____/s/_____
                          1211 Connecticut Ave., N.W.
                          Suite 506
                          Washington D.C. 20036
                          Counsel for Zona Albritton

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that the foregoing Motion to Continue Schedule Sentencing Hearing Date has been sent via Electronic Case Filing (ECF) to Assistant United States Attorney Ronald Sharpe this 16th day of June 2008.

/s/
Rudolph Acree, Jr.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | \* |
| | \* |
| | \*   Crim. No.: 08 – 64 (RCL) |
| v. | \* |
| | \* |
| | \* |
| ZONA ALBRITTON | \* |
| | \* |
| Defendant. | \* |
| | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**<u>ORDER</u>**

UPON CONSIDERATION of the Defendant Albritton's Motion to Continue Scheduled Sentencing Hearing, it is this ____ day of _____, 2008, hereby

ORDERED, that the Defendant's motion is hereby GRANTED.

Honorable Judge Lamberth

5

Case 1:08-cr-00064-RCL    Document 9    Filed 06/16/2008    Page 5 of 5

5