UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| | *   Crim. No.: 08 – 64 (RCL) |
| v. | * |
| | * |
| | * |
| ZONA ALBRITTON | * |
| | * |
| Defendant. | * |
| | * |

**FILED**

JUN 16 2008

Clerk, U.S. District and
Bankruptcy Courts

*********************************************************************

## ORDER

UPON CONSIDERATION of the Defendant Albritton's Motion to Continue Scheduled Sentencing Hearing, it is this 16th day of June, 2008, hereby

ORDERED, that the Defendant's motion is hereby GRANTED. New date to be set by the Clerk.

Roger C. Lamberth
Honorable Judge Lamberth

4