**RUDOLPH ACREE, JR.**
ATTORNEY AT LAW

LONGFELLOW PLAZA
1211 CONNECTICUT AVE, NW
SUITE 506
WASHINGTON, DC 20036

FILED

JUN 2 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TEL: (202) 331-1961
FAX: (202) 331-7004

June 25, 2008

RECEIVED

JUN 2 5 2008

CHAMBERS OF
JUDGE LAMBERTH

Honorable Chief Judge Lamberth
United States District Court
For the District of Columbia
E. Barrett Prettyman U.S Courts
333 Constitution Ave., N.W.
Washington D.C. 20001

Cr. 08-64

Let this be filed.
Royce C. Lamberth
U.S.D.J. 6/26/08

Re: Zona Albritton's Sentencing

Dear Chief Judge Lamberth:

    Please find enclosed are letters and other documents in supplement of Ms. Albritton's Memorandum in Aid of Sentencing.

Respectfully Submitted,

Rudolph Acree, Jr.

**FILED**

JUN 26 2008

Clerk, U.S. District and
Bankruptcy Courts

Sylvia Catlett

June 6, 2008

Dear Honorable Judge Lambert:

I have known Zona Albritton and her family for thirty-one years. Zona's mother, Ms. Della has always been an important entity in her daughter's life.

Unfortunately, in 2002 Ms. Della had severe living condition issues. In 2002-03, Ms. Della was living in her vehicle due to an unfortunate matter with her former husband Ms. Della left Newark, New Jersey. Her daughter Zona was very disturbed when she learned about how her mother was living. Once learning about her mother, Zona immediately made sure her elderly mother was placed in an apartment, paid her rent, paid her utilities, medical expenses and insured that she had food in her kitchen. Even though Zona cared for her mother, it was a very stressful situation for her. She had no assistance from anyone in her family to provide support. She was her mother's sole supporter for financial assistance.

Honorable Judge Lambert, Ms. Della is a good woman and so is her daughter. I am 63 years old and was raised in the foster care system. Ms. Della, was a foster care parent to many children that she loved and cared for over twenty years. I remember a time Ms. Della received a child that had severe bucked-teeth and the children use to tease this child, Ms. Della made sure that child received braces to straighten her teeth and the kids would stop their teasing. This child grew up to be a beautiful young lady with a beautiful smile thanks to Ms. Della. Her daughter, Zona is like her mother, a kind, loving, good, caring human being, a very hard worker and very supportive.

Sincerely,

*Sylvia Catlett*
Sylvia Catlett

Della Clark

Dear Honorable Judge Lamberth:

I am writing this letter to save and spare my daughter, Lena Albritton's employment and freedom.

My name is Della Clark. I am 78 years old and my daughter has always taken care of me. She is an excellent daughter. When there were no others, my daughter has always been there for me.

When I lived in Newark, New Jersey I fostered children for over twenty years. In 1979, I married a man named Arthur Clark. In 2001, I was informed that Arthur Clark had abused one of my foster children. After a long investigation, I was not accused of abusing the child involved, however Mr. Clark was charged and served community service. I did not know that my husband had committed such a crime and after the investigation I left all my possessions in Newark, New Jersey and I drove my vehicle to Tennessee

In 2002, my daughter, Zena later discovered that I was living in my car. I did not want my daughter to know that I did not have a permanent place to call home and about the incident in Newark, New Jersey, because I knew she would worry about me. In 2003, Zena made sure I had an apartment. She paid my rent, paid my utilities, brought me a washer and dryer. I had a old Mercury that broke down, She purchased an used vehicle and paid for my monthly insurance. My daughter made sure I had food to eat in my kitchen. I did not have medical insurance and my daughter paid for my medical needs and major dental work that was required. Honorable Judge Lamberth my daughter made me feel like a human being again. This year Zena informed me that she is up for sentencing on June 18, 2008 and discussed the charge. Honorable Judge Lamberth my daughter is an honest woman and has always been good to me and others. She respects others and upholds the law. I know deep in my heart that my daughter. I am

Out of money because she was solely supporting me. Zana was under a lot of pressure and stress knowing my living conditions. She made many attempts to get help from her siblings but was unsuccessful. She carried the load alone. In 2003, she mentioned many times to me that she only had one salary and was barely making her personal needs. At the time I was not aware of her disparity but she never complained again about her problems. My heart is very very heavy, because I know my daughter was doing this to support me. She has always been and still is a very hard working individual and panicked when she learned of my living conditions. Honorable Judge Lambert, as her mother and best friend, I know my daughter is very very sorry, deeply embarrassed, frighten and ashamed for this offense. I love my daughter very very much and her pain is my pain. Due to my aging years, she makes it a point to visit and set her eyes on me. When I was recently ill, even

through the investigation and plead process she never complained and took the time to see about my health. She took time to conduct research about my unusual blood loss and muscle fatigue. As I progressively age, I need her in my life and want to continue to see her successful in her life. Currently, I live in Nashville, Tennessee, my ex-husband, Mr. Arthur Clark deceased and I am now receiving his pension. God is truly good. I am now able to support my daughter just like she supported me. I understand she has pleaded guilty, has expressed to me that she is very remorseful for her actions, very frighten, needs her job and very eager to repay this debt. In addition, I understand she has paid $6,582.25 to Afscme and another $10,000 was submitted to traveler's insurance.

My daughter desperately wants to satisfy this debt as soon as possible. Honorable Judge Lambert, Please allow her freedom to work and pay off this debt. Honorable Judge Lambert, Thank you.

Sincerely,
Della Clark

April 7, 2008

Aleshia Shorter

To Whom It May Concern,

I am writing this letter in recommendation of Zona Albritton. Ms. Albritton exhibits a high level of integrity and character in her personal and professional dealings and has a record of reliability and commitment.

I became acquainted with Ms. Albritton in a professional capacity during my tenure as the Director of Finance at the Marriott at Metro Center in Washington, DC when we were peers on the Executive Committee for the hotel. Ms. Albritton proved to be a valuable addition to the hotel's leadership providing persistent direction and guidance. She is very goal oriented and a strong, encouraging, and respected leader.

Ms. Albritton is diligent and enthusiastic in her endeavors and she brings positive thinking, energy, and a spirit of success.

Sincerely,

*[signature]*

Aleshia N. Shorter

April 14, 2008

**FILED**
JUN 2 6 2008
Clerk, U.S. District and
Bankruptcy Courts

Alissa G. Owen

To Whom It May Concern:

I am writing this letter in recommendation of Ms. Zona Albritton. Representing the hotel's architectural firm and working hand-in-hand with Ms. Albritton, I have worked on several, long-range, complex projects at the Marriott at Metro Center facility in Washington, DC since 2006.

In each greeting, Ms. Albritton is a consistent source of positive energy and contagious enthusiasm. It is easy to see why the hotel team respects her thorough attention to detail, effective leadership, and ability to anticipate unforeseen issues, all the while maintaining a high level of professionalism. Ms. Albritton is focused and determined to successfully complete each of her challenges while continuing to keep the rest of the team on target.

In reference to both short and long term issues, I have observed that Ms. Albritton has consistently provided critical, accurate information to upper management, the design team, and the project contractor to further advance each project. In addition, she recently exceeded the hotel management and guest's expectations for proper operation during construction periods and handled unexpected challenges with the utmost of ease. Without her valuable input and timely support, the latest project opening would surely have been delayed.

Sincerely,

*[signature]*
Alissa G. Owen

Pauline Baylock

April 8, 2008

**FILED**

JUN 2 6 2008

Clerk, U.S. District and
Bankruptcy Courts

To Whom It May Concern:

I've had the pleasure of knowing Zona Albritton for four years. I knew within the first couple of moments that had a friend for life. I also knew that I just met one of the most dynamic personalities I have ever known.

What is most endearing about her is a natural warmth and a genuine sincerity that puts you at ease the moment she opens her mouth. She is a humorous individual that make the most stoic person double over with laughter and the most uptight immediately relax.

Professionally speaking, her most outstanding quality is that she is a natural leader, someone that can take charge of a situation without a moment hesitation.

Over the years, I watched her conduct business and organize social events with the same tenacity. She is confident, focused and a consummate professional, which would put her at the top of my list of people that I would call upon if I needed a dependable, loyal and trustworthy individual.

Zona has a zest for life that is contagious and one of the most charitable spirits you will ever meet. I am proud to call her my dear friend and honored to have been asked to write this letter.

Sincerely,

Pauline Baylock


Debbie Newton

April 11, 2008

**FILED**

**JUN 2 6 2008**

To Whom It May Concern:

**Clerk, U.S. District and Bankruptcy Courts**

I have been asked to write a character reference for Zona Albritton and am most pleased to do so.

I have known Zona for over twenty-five years when I first moved to the Washington metropolitan area. As a friend and former fellow board member of a non-profit organization, I have watched Zona become the accomplished leader she is today. She is enthusiastic, goal oriented, and she has an exceptional ability to develop and encourage others to achieve success.

Ms. Albritton is truly a professional and brings positive energy to any situation.

Sincerely,

Debbie Newton



Schunrear Atkins

April 10, 2008

**FILED**

JUN 26 2008

Clerk, U.S. District and
Bankruptcy Courts

To Whom It May Concern:

   I have known Zona Albritton for approximately twenty five years. She has touched my life in many ways with her kindness and delightful personality. She has a way of making you feel comfortable and relaxed from the moment you start conversing with her.

   On a professional level she has such a dynamic and take charge attitude which enhances her business skills. She engages one with her multitask ability and savvy people skills.

   I appreciate the privilege to write this letter for a friend and an awesome business leader. It has been my pleasure to have this opportunity.

Sincerely,

*Schunrear Atkins*

Schunrear Atkins

**FILED**

JUN 2 6 2008

Clerk, U.S. District and
Bankruptcy Courts

Dear Honorable Judge Lambert,

This letter is to express how deeply ashamed, embarrassed and very, very sorry I am for my actions. I apologize to AFSCME and my mother for my actions as well. Words cannot express how frighten I am at this point in my life. In my 48 years, I have never been so scared and embarrassed. This entire process has been very stressful and frightening.

Honorable Judge Lambert, I have paid the restitution amount $6,581.25 to AFSCME and submitted my income tax refund of $7,200 to Traveler's Insurance. I have committed to a five year payment plan to exhaust the balance as soon as possible.

Honorable Judge Lambert, I am not a risk to my current employer Marriott. My job is my livelihood, without my job I will be unable to pay my bills, I will not be able to pay my mortgage, I will not have any medical benefits, I will be unable to continue restitution and I will not be able to live. I am the sole provider for myself. No one provides for me. I am it I have always taken care of myself and been on my own since I was sixteen (16) years old.

Honorable Judge Lambert, my actions have already placed me in the system and marked me for life. I could never find another job compared to what I have now. I have suffered no sleep, worrying, handcuffed, fingerprinted, loss of dignity and loss of privacy. I have continued to suffer daily not knowing if I will be able to complete construction on my first home or still be employed….I am very, very frighten.

Honorable Judge Lambert, I finally joined a company (Marriott) that I can say that I love coming to work. In conjunction to the day-to-day operations of Engineering, I annually participate in Marriott's charitable activities such as Food & Friends - preparing, packaging and delivering meals and groceries to more than 1,400 people living with HIV/AIDS, cancer and other life-challenging illnesses throughout Washington, DC, Maryland and Virginia, Children's Miracle Network, Habitat for Humanity and Cleaning-Up the Chesapeake Bay. For 4 ½ years, interacting with Associates of all cultures and assisting guests has been a pure joy and learning experience in the hospitality industry. I have never worked for a company where the Associates come first, respected and recognized.

Honorable Judge Lambert, if I could go back five years, I would have never panicked about my mother's living condition, made such a desperate and stupid choice. My mother is my life and means so much to me. As a child, if we were poor, we did not know it. My mother has always made sure we had food on the table, cleaned clothes, clean place to live, spiritual guidance and education.

Honorable Judge Lambert, Mom as she is affectionately called tried to be the best mother she could be and provided us with the best. She never complained about the things she did not have or could not provide for us. She worked jobs selling magazines, laundry attendant, babysitting and domestic work until two heart attacks limited her ability to work. My mother never knew about saving for retirement or insurance benefits, she just always knew to work and taught us to treat others as we would want to be treated. Even though she was limited, Mom continued showing her love by caring for foster children in her home.

Honorable Judge Lambert, my desperate and panicked actions to help my mother was out of pure love because I knew she was suffering and I did not have anyone that would assist her or help me. This was a bad and stupid action and I really regret it from the bottom of my heart. Again, I cannot express how sorry and humble I am. Since 2003, I have never and will ever commit such a wrongful act as long as I live.

Honorable Judge Lambert, I want my life back, wake up everyday walk my dog, feed my cat, and drive to work Monday through Friday.

Honorable Judge Lambert, I am pleading for forgiveness, my freedom and continued employment.

Sincerely,

Zona Albritton

**FILED**

JUN 2 6 2008

Clerk, U.S. District and
Bankruptcy Courts




United States Treasury 15-51/000  A 531,120,482

Check No.

05 30 08   93    AUSTIN, TEXAS           2308 84681130
  2308 84681130 20090800 I30 OALBR ANDOVERTAX REFUND

Pay to
the order of  ZONA ALBRITTON              12/07
                                          30
                                                $***7275*43

                                        VOID AFTER ONE YEAR

    2.64  INTEREST

⑈2308⑈  ⑆000000518⑆  84681130⑈'  040508

**FILED**

JUN 2 6 2008

Clerk, U.S. District and
Bankruptcy Courts



**FILED**

JUN 2 6 2008

Clerk, U.S. District and
Bankruptcy Courts

