HONORABLE ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

FILED

AUG 1 5 2008

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES OF AMERICA

vs.

Zona Albritton                    Docket No.: 08CR064

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that  Zona Albritton  having been sentenced, on June 26, 2008, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to  FPC Alderson , in  Alderson, WV  by 2 p.m., on  September 3, 2008 .

8/15/08
Date

ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both

**ATTORNEY/U.S. PROBATION OFFICER**            **DEFENDANT**

Revised 6-2004