UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 08-64 (RCL) |
| | ) | |
| ZONA ALBRITTON, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR EXTENSION OF REPORTING DATE**

COMES NOW, Defendant Zona Albritton, by and through undersigned counsel, respectfully moves this Honorable Court to extend Ms. Albritton's reporting date for thirty (30) days. In support of this motion, counsel states the following:

1. Ms. Albritton entered a guilty plea before this Honorable Court on April 4, 2008 to one (1) count of the indictment which charged her with Embezzlement of Union Funds in violation of 29 U.S.C. § 501(c) and was sentenced to twelve (12) months and a day of incarceration on June 26, 2008.

2. Ms. Albritton has received her Notice of Designation and is ordered to report to FPC Alderson, located at Glen Ray Rd., Box A, Alderson, WV 24910 on Wednesday September 3, 2008.

3. Ms. Albritton started the process of securing a loan for the construction of her home in August 2007. Ms. Albritton had initially secured all the necessary loans for the construction of her home. However, she was recently informed, due to no fault of her own, that the loan she had secured for the home with MidCountry Bank was no longer available. As a result, Ms. Albritton was forced to go to Sun Trust Bank to secure the loan to continue with the construction of her home. Ms.

Albritton is now in the final stages of completing the process with Sun Trust Bank.

4. Since Ms. Albritton had to secure a new loan, she was required to go through the process of having the land on which the home was being built appraised by Sun Trust Bank. The loan will not be secured until that appraisal has been completed. The process of appraisal is almost complete

5. Ms. Albritton is also in the process of going over the plans for the construction of her home with the general contractor and needs a brief period to ensure that they are both on the same page as to how the home will be constructed.

6. Moreover, Ms. Albritton is in the process of getting a power of attorney to make any and all necessary decisions for her while she is incarcerated.

7. Ms. Albritton believes that she will have these matters addressed if she is allowed a thirty (30) day extension of her reporting date.

8. Counsel contacted AUSA Ronald Sharpe, and Mr. Sharpe does oppose this motion.

WHEREFORE, for the foregoing reasons, Ms. Albritton respectfully requests that this Honorable Court grants her motion and extends her reporting date thirty (30) days.

Respectfully Submitted,

/s/
Rudolph Acree, Jr.
1211 Connecticut Ave., N.W.
Suite 506
Washington D.C. 20036
202-331-1961
Counsel for Zona Albritton

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Motion for Extension of Reporting Date was delivered by Electronic Case Filing (ECF) to the Assistant United States Attorney assigned to the case this 22nd day of August 2008.

/s/
Rudolph Acree, Jr.

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | Case No.: 08-64 (RCL) |
| | ) | |
| | ) | |
| **ZONA ALBRITTON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### ORDER

UPON CONSIDERATION of Defendant Zona Albritton's Motion for Extension of Reporting Date, it is this _____ day of _____, 2008.

ORDERED; that the Defendant's Motion is GRANTED.

_____
Honorable Judge