UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Case No.: 08-64 (RCL) |
| ) | |
| ZONA ALBRITTON,    ) | |
| ) | |
| Defendant.    ) | |

**ORDER**

FILED
AUG 2 5 2008
Clerk, U.S. District and
Bankruptcy Courts

UPON CONSIDERATION of Defendant Zona Albritton's Unopposed Motion for Extension of Reporting Date, it is this _25th_ day of _August_, 2008.

ORDERED; that the Defendant's Motion is GRANTED, and defendant's date for reporting to FPC Alderson is now Oct. 3, 2008.

_____
Royce C. Lamberth
Honorable Judge